AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

DOUGLAS BURKEYBILE,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-CV-00187-LRH-RAM**

ZACH YOUNG, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's Complaint (Document No. 20) is DISMISSED WITH PREJUDICE.

  October 12, 2010                                   **LANCE S. WILSON**
                                                                            Clerk

                                                                            /s/ Katie Lynn Ogden
                                                                            Deputy Clerk