AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

DOUGLAS BURKEYBILE,

      Plaintiff,

V.

ZACH YOUNG, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00187-LRH-RAM**

**IT IS ORDERED AND ADJUDGED** that pursuant to the directive of the United States Court of Appeals, Ninth Circuit Opinion, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

  November 30, 2011

**LANCE S. WILSON**
Clerk

/s/ Katie Lynn Ogden
Deputy Clerk